```
                                            Priority    X
                                            Send        X
                                            Enter       ___
                                            Closed      ___
              UNITED STATES DISTRICT COURT  JS-5/JS-6   ___
              CENTRAL DISTRICT OF CALIFORNIA JS-2/JS-3  ___
                                            Scan Only   ___
```

                        CIVIL MINUTES - GENERAL

Case No.    SACV 01-722-GLT (MLGx)           Date   November 30, 2001

Title:      LEE LAVI v GE COMPANY
================================================================================
PRESENT:
              HON.    GARY L. TAYLOR    , JUDGE

                    Lisa Bredahl                  not present
                    Deputy Clerk                 Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
none present                             none present

**PROCEEDINGS:** ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

On its own motion, the Court hereby **ORDERS** Plaintiff to show cause in writing no later than January 7, 2002 why this action should not be dismissed for lack of prosecution in light of the fact:

__XX__   this Court has not received a responsive pleading from, or a proof of service for, the defendant;
_____   this Court has not received a responsive pleading from the defendant which was due on or about_____;
_____   defendant's default was taken on _____ and to date, no motion for default judgment has been filed.

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. F.R.Civ.P. 4(m). The Court may, however, dismiss the action before the expiration of such time if Plaintiff has not diligently prosecuted the action.

It is the Plaintiff's responsibility to prosecute the action diligently, including filing proofs of service and any stipulation extending time to respond. If necessary, Plaintiff must also promptly pursue their remedies upon the default of any defendant. All stipulations affecting the progress of the case must be approved by the Court.

This order to show cause will stand submitted upon filing of Plaintiff's response, unless oral argument is ordered by the Court.

ENTER ON ICMS
DEC -4 2001

MINUTES FORM 11                           INITIALS OF DEPUTY CLERK ___
CIVIL - GEN                    D - M